850 F.Supp. 52

WIN-TEX PRODUCTS, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND MILLIKEN CO., DEFENDANT-INTERVENOR

Court No. 92–04–00302

(Dated April 14, 1994)

ORDER

NEWMAN, *Senior Judge:* Upon consideration of defendant's cross motion for vacatur and plaintiff's and defendant-intervenor's responses, it is hereby

ORDERED that defendant's cross motion for vacatur is granted; and it is further

ORDERED that the opinion and order entitled *Win-Tex Products, Inc. v. United States,* Slip Op. 93–145 (Aug. 5, 1993), 829 F. Supp. 1343 (CIT 1993) is vacated.